THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JULIO A. RIVERA-GOMEZ<br>    Plaintiff(s)<br><br>    v.<br><br>LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC. d/b/a, et al.,<br>    Defendant(s) | Civil No. 16-3087 (ADC) |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on March 13, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 16th day of March, 2018.

                                          FRANCES RIOS DE MORAN
                                          Clerk of the Court

                                          By: S/Sarah V. Ramón
                                                Sarah V. Ramón, Deputy Clerk